IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOE COMES, and RILEY PAINT, INC., an Iowa corporation, | No. CV 05-562 |
| Plaintiffs, | |
| v. | |
| MICROSOFT CORPORATION, a Washington corporation, | LR 81.1(a)(1) LIST OF PLEADINGS |
| Defendant. | |

Pursuant to LR 81.1(a)(1), Microsoft submits the following list of all process, pleadings, orders, and other papers filed in the state trial court:

1. Plaintiffs' Petition, filed February 18, 2000. See attached Exhibit A.

2. Docket report of all process, pleadings, orders and other papers filed in the Iowa District Court for Polk County. See Docket Report attached Exhibit B.

3. Under separate cover, Defendant will provide copies of all process, pleadings, orders and other papers filed in the state trial court and including filings in the Iowa Supreme Court.

/s/ Edward W. Remsburg
Edward W. Remsburg  (PK0004619)
Ahlers & Cooney, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309
Telephone : (515) 243-7611
Fax: (515) 243-2149
ATTORNEY FOR DEFENDANT

Copies mailed to:

Roxanne Barton Conlin,
Roxanne Conlin & Associates, P.C.,
Suite 600, 319 7th Street,
Des Moines, Iowa 50309

Richard M. Hagstrom
Zelle, Hofmann, Voelbel, Mason & Gette
500 Washington Avenue South, Suite 4000
Minneapolis, Minnesota 55415-1152

PROOF OF SERVICE

THE UNDERSIGNED CERTIFIES THAT THE FOREGOING INSTRUMENT WAS SERVED UPON ALL PARTIES TO THE ABOVE CAUSE TO EACH OF THE ATTORNEYS OF RECORD HEREIN AT THEIR RESPECTIVE ADDRESSES DISCLOSED ON THE PLEADINGS ON

October 13, 2005                                         .

BY __x_ U.S. MAIL               ___ FAX
   ___ HAND DELIVERED      ___ PRIVATE CARRIER

SIGNATURE/s/ Ann Baier

ABaier\470001.1\WP21270.001