**Filings**
Title: JOE COMES & COMES VENDING INC VS MICROSOFT CORPORATION
Case: 05771 LACL082311 (POLK)

| Event | Filed By | Filed | Create Date | Last Updated |
|---|---|---|---|---|
| OTHER EVENT | | | 10/06/2005 | 10/07/2005 | 10/07/2005 |
| *Comments:* COPY OF ORDER VACATING ORDER ALLOWING PLTFS MOTION/AMEND PETITION & SET HRG MAILED TO DAVID TULCHIN RETURNED US MAIL | | | | |
| OTHER EVENT | REMSBURG EDWARD W. | 10/06/2005 | 10/06/2005 | 10/06/2005 |
| *Comments:* LETTER TO JUDGE WITH ATTACHED BLANK ORDER | | | | |
| OTHER EVENT | | 10/05/2005 | 10/06/2005 | 10/06/2005 |
| *Comments:* RETURN MAIL FOR RICHARD HAGSTROM ORDER VACATING ORDER ALLOWING PLTF MOTION TO AMEND PETITION AND SETTING HEARING | | | | |
| OTHER EVENT | ROSENBERG SCOTT D | 10/05/2005 | 10/05/2005 | 10/05/2005 |
| *Comments:* RETURNED ORDER GRANTING MOTION TO AMEND (ADDRESSED TO R HAGSTROM) | | | | |
| ORDER SETTING HEARING | ROSENBERG SCOTT D | 09/26/2005 | 09/27/2005 | 09/27/2005 |
| *Comments:* 10/28/05 AT 8:15 ROOM 404 VACATING ORDER ALLOWING PLTFS MOOT TO AMEND PET & SETTING HEARING | | | | |
| OTHER EVENT | | 09/23/2005 | 09/27/2005 | 09/27/2005 |
| *Comments:* RETURN MAIL FOR DAVID TULCHIN | | | | |
| OTHER ORDER | ROSENBERG SCOTT D | 09/22/2005 | 09/26/2005 | 09/26/2005 |
| *Comments:* GRANTING MOOT TO AMEND-PLTF FOURTH AMENDED PETT DEEMED SERVED UPON DEFT ACCEPTED FOR FILING | | | | |
| AMENDED PETITION FILED | CONLIN ROXANNE B. | 09/16/2005 | 09/20/2005 | 09/20/2005 |
| *Comments:* FOURTH AMENDED PETT | | | | |
| MOTION | CONLIN ROXANNE B. | 09/16/2005 | 09/16/2005 | 09/16/2005 |
| *Comments:* TO AMEND PETITION | | | | |

**EXHIBIT B**

https://www.iowacourts.state.ia.us/ESAWebApp/TViewFilings                                       10/11/2005

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | | 09/15/2005 | 09/19/2005 | 09/19/2005 |

*Comments:* RETURNED MAIL FOR ATTY JOSEPH NIEHAUS

| | | | | |
|---|---|---|---|---|
| APPEARANCE | GREEN BRENT B. | 09/07/2005 | 09/15/2005 | 09/15/2005 |

*Comments:* ATDF

| | | | | |
|---|---|---|---|---|
| OTHER ORDER | ROSENBERG SCOTT D | 09/06/2005 | 09/08/2005 | 09/08/2005 |

*Comments:* NUNC PRO TUNC-ORDER FROM 7/25/05 PLTF MOTION TO COMPEL
DISCOVERY AND DEFT MOTION FOR A PROTECTIVE ORDER-DEFT MOTION
FOR A PROTECTIVE ORDER IS DENIED

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | | 09/01/2005 | 09/01/2005 | 09/01/2005 |

*Comments:* SENT TO SUPREME CT 1 TRANSCRIPT ON 09/06/05

| | | | | |
|---|---|---|---|---|
| EXHIBIT | | 08/23/2005 | 08/25/2005 | 08/25/2005 |

*Comments:* TRANSCRIPT OF PROCEEDINGS

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | | 08/19/2005 | 08/19/2005 | 08/19/2005 |

*Comments:* SENT TO SUPREME COURT ON 8/23/05; 20-FILES (VOL. 1-20),
1-EXHB,
EXHB IS SEALED

| | | | | |
|---|---|---|---|---|
| EXHIBIT | | 08/16/2005 | 08/17/2005 | 08/17/2005 |

*Comments:* ***SEALED****
OPEN ONLY BY COURT ORDER

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | | 08/05/2005 | 08/11/2005 | 08/11/2005 |

*Comments:* COPY OF RULING ON JOE'S MOTION TO COMPEL MAILED TO SHARON
RETURNED

| | | | | |
|---|---|---|---|---|
| OTHER ORDER | ROSENBERG SCOTT D | 07/25/2005 | 07/29/2005 | 07/29/2005 |

*Comments:* RULING ON PLAT'S MOTION TO COMPEL DISOCOVERY AND DEFT'S
MOTION FOR A PROTECTIVE ORDER -- MOTION TO COMPEL IS
GRANTED, DEFT'S MOTION FOR PROTECTIVE ORDER GRANTED

| | | | | |
|---|---|---|---|---|
| COURT REPORTER CERTIFICATE | | 07/11/2005 | 07/13/2005 | 07/13/2005 |

*Comments:* JANIS LAVORATO CSR $15 7/6/05

| | | | | |
|---|---|---|---|---|
| OTHER ORDER | ROSENBERG SCOTT D | 07/07/2005 | 07/11/2005 | 07/11/2005 |

*Comments:* AMENDED & SUB PRE TRIAL SCHEDULING ORDER

| | | | | |
|---|---|---|---|---|
| MOTION | REMSBURG EDWARD W. | 07/06/2005 | 07/07/2005 | 07/07/2005 |

*Comments:* MOTION FOR ADMISSION PRO HAC VICE OF SHARON L NELLES

| | | | | |
|---|---|---|---|---|
| OTHER ORDER | ROSENBERG SCOTT D | 07/06/2005 | 07/07/2005 | 07/07/2005 |

*Comments:* PRE TRIAL SCHEDULING ORDER

| | | | | |
|---|---|---|---|---|
| OTHER ORDER | ROSENBERG SCOTT D | 07/06/2005 | 07/07/2005 | 07/07/2005 |

*Comments:* ORDER APPOINTING SPECIAL MASTER

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | | 07/06/2005 | 07/06/2005 | 07/06/2005 |

*Comments:* RECIEVED FROM SUPREME COURTS CLERK: TRIAL COURT PAPERS, MULTIPLE, 7 YELLOW COLUME DATE SENT 06/29/05 DATE RETURNED 07/05/05

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | | 06/30/2005 | 07/01/2005 | 07/01/2005 |

*Comments:* COMBINED CERT OF DEFT/APPELLANT MICROSOFT CORP

| | | | | |
|---|---|---|---|---|
| OTHER AFFIDAVIT | | 06/29/2005 | 06/30/2005 | 07/01/2005 |

*Comments:* OF JOSEPH NEUHAUS RE: MICROSOFT'S MOTION TO STRIKE EXHIBITS 1-10 FILED UNDER SEAL
UNABLE TO VERIFY WHITE ENVELOPE CAME IN SEALED

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | | 06/29/2005 | 06/30/2005 | 06/30/2005 |

*Comments:* MICROSOFT MEMO IN SUPPORT OF ITS MOTION TO STRIKE PLTF UNAUTHORIZED RESPONSE BRIEF AND AFFIDAVIT

| | | | | |
|---|---|---|---|---|
| MOTION TO STRIKE | REMSBURG EDWARD W. | 06/29/2005 | 06/30/2005 | 06/30/2005 |

*Comments:* DEFT TO STRIKE PLTF UNAUTHORIZED RESPONSE BRIEF AND AFFIDAVIT

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | | 06/22/2005 | 06/22/2005 | 06/22/2005 |

*Comments:* PLTF COMBINED RESPONSE ON THE MOTION TO COMPEL DISCOVERY AND
DEFT MOTION FOR PROTECTIVE ORDER

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | | 06/21/2005 | 06/23/2005 | 06/23/2005 |

*Comments:* ORDER SETTIN HRG RE: MOTION/COMPEL MAILED TO RICHARD HAGSTROM RETURNED US MAIL

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | | 06/21/2005 | 06/23/2005 | 06/23/2005 |

*Comments:* NOTICE OF DISCLOSURE MAILED TO DAVID TULCHIN/JOSEPH NEUHAUS RETURNED US MAIL

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | | 06/14/2005 | 06/17/2005 | 06/17/2005 |

*Comments:* COPY OF SUPREME COURT ORDER

| | | | | |
|---|---|---|---|---|
| PROCEDENDO | | 06/14/2005 | 06/17/2005 | 06/17/2005 |

*Comments:* SUPREME COURT AFFIRMED THE JUDGMENT OF THE DISTRICT COURT, PROCEED WITH DILIGENCE AND ACCORDING TO LAW IN THE SAME MANNER AS IF THERE HAD BEEN NO APPEAL

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | | 06/14/2005 | 06/17/2005 | 06/17/2005 |

*Comments:* BILL OF COSTS $195.57 TAXED AGAINST APPELLANT TO BE REMITTED TO ROXANNE CONLIN

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | | 06/14/2005 | 07/05/2005 | 07/05/2005 |

*Comments:* BILL OF COSTS $195.57 TAXED TO APPELLANT TO BE REMITTED TO ROXANNE CONLIN

| | | | | |
|---|---|---|---|---|
| ORDER SETTING HEARING | ROSENBERG SCOTT D | 06/10/2005 | 06/15/2005 | 06/15/2005 |

*Comments:* SCHED 7/6/05 8:30AM RM404 RE: MOT/COMPEL

| | | | | |
|---|---|---|---|---|
| NOTICE | ROSENBERG SCOTT D | 06/10/2005 | 06/16/2005 | 06/16/2005 |

*Comments:* OF DISCLOSURE RE: APPOINTMENT/SPECIAL MASTER

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | REMSBURG EDWARD W. | 05/31/2005 | 06/06/2005 | 06/06/2005 |

*Comments:* MICROSOFTS REPLY MEMO IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER

| | | | | |
|---|---|---|---|---|
| OTHER AFFIDAVIT | | 05/31/2005 | 06/06/2005 | 06/06/2005 |

*Comments:* OF EDWARD W REMSBURG

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | CONLIN ROXANNE B. | 05/16/2005 | 05/18/2005 | 05/18/2005 |

*Comments:* SUPPLEMENT TO PLAINTIFF'S MOTION TO COMPEL

OTHER EVENT            CONLIN ROXANNE B    05/09/2005    05/10/2005    05/10/2005

*Comments:* REPLY IN SUPPORT OF PLTF'S MOTION TO COMPEL AND REST. TO MICROSOFTS'S MOTION FOR A PROTECTIVE ORDER

NOTICE                                            05/04/2005    05/04/2005    05/04/2005

*Comments:* PLTF OF WITHDRAWAL OF MOTION TO MODIFY THE STIPULATED PROTECTIVE ORDER

MOTION                 CONLIN ROXANNE B.    05/02/2005    05/03/2005    05/03/2005

*Comments:* FOR ENTRY OF PRETRIAL SCHEDULING ORDER & DECLARATION OF IMPASSE; PLAINTIFF'S

OTHER AFFIDAVIT                          04/21/2005    04/25/2005    04/25/2005

*Comments:* OF EDWARD W REMSBURG

OTHER EVENT                               04/21/2005    04/25/2005    04/25/2005

*Comments:* DEFT MEMO IN OPPOSITION TO PLTF MOTION TO COMPEL

OTHER EVENT                               04/21/2005    04/25/2005    04/25/2005

*Comments:* DEFT MEMO IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER

MOTION                 REMSBURG EDWARD W.    04/21/2005    04/25/2005    04/25/2005

*Comments:* FOR A PROTECTIVE ORDER

OTHER EVENT                               04/18/2005    04/19/2005    04/19/2005

*Comments:* RETURN MAIL
         SENT TO RICHARD HAGSTROM 04/07/05

OTHER ORDER               ROSENBERG SCOTT D    04/07/2005    04/13/2005    04/13/2005

*Comments:* PROPOSED COURT ORDER IN CASE OF BURST.COM V. MICROSOFT CORPORATION

OTHER EVENT            CONLIN ROXANNE B.    03/29/2005    04/01/2005    04/01/2005

*Comments:* REPLY IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF A DOCUMENT PRESERVATION ORDER

OTHER EVENT                               03/28/2005    03/31/2005    03/31/2005

*Comments:* PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF

DOCUMENTS

| | | | | |
|---|---|---|---|---|
| MOTION TO COMPEL | CONLIN ROXANNE B. | 03/28/2005 | 03/31/2005 | 03/31/2005 |

*Comments:* DISCOVERY FROM MICROSOFT; PLAINTIFF'S

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | CONLIN ROXANNE B. | 03/28/2005 | 03/31/2005 | 03/31/2005 |

*Comments:* MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM MICROSOFT

| | | | | |
|---|---|---|---|---|
| OTHER AFFIDAVIT | CONLIN ROXANNE B. | 03/28/2005 | 03/31/2005 | 03/31/2005 |

*Comments:* OF ROXANNE CONLIN

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | REMSBURG EDWARD W. | 03/24/2005 | 03/28/2005 | 03/28/2005 |

*Comments:* MICROSOFT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DOCUMENT PRESERVATION ORDER

| | | | | |
|---|---|---|---|---|
| ORDER SETTING HEARING | ROSENBERG SCOTT D | 02/08/2005 | 02/08/2005 | 02/08/2005 |

*Comments:* 03/15/05 8:00 AM RM 404 RE SCHEDULING CONFERENCE

| | | | | |
|---|---|---|---|---|
| COURT REPORTER CERTIFICATE | REIS ARTIS IONE | 01/06/2005 | 01/07/2005 | 01/07/2005 |

*Comments:* KIM E GILLUM CSR 10/21/04 $15.00

| | | | | |
|---|---|---|---|---|
| OTHER ORDER | REIS ARTIS IONE | 12/20/2004 | 12/23/2004 | 12/23/2004 |

*Comments:* DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY

| | | | | |
|---|---|---|---|---|
| OTHER ORDER | REIS ARTIS IONE | 12/20/2004 | 12/22/2004 | 12/22/2004 |

*Comments:* GRANTING PLAINTIFFS MOTION FOR APPLICATION OF COLLATERAL ESTOPPEL AGAINST MICROSOFT SEE ORDER FOR DETAIL

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | REMSBURG EDWARD W. | 11/05/2004 | 11/05/2004 | 11/05/2004 |

*Comments:* MICROSOFTS PROPOSED ORDER DENYING PLAINTIFFS MOTION TO COMPEL DISCOVERY

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | REMSBURG EDWARD W. | 11/05/2004 | 11/05/2004 | 11/05/2004 |

*Comments:* DEFENDANT MICROSOFT CORPORATIONS PROPOSED ORDER DENYING PLAINTIFFS MOTION FOR APPLICATION OF COLLATERAL ESTOPPEL

| | | | | |
|---|---|---|---|---|
| OTHER ORDER | REIS ARTIS IONE | 11/02/2004 | 11/02/2004 | 11/02/2004 |

*Comments:* GRANTING MOTION FOR ADMISSION PRO HAC VICE AND DAVID TULCHIN MAY APPEAR

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | REMSBURG EDWARD W. | 10/29/2004 | 10/29/2004 | 10/29/2004 |

*Comments:* MICROSOFT CORP'S MEMO IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | | 10/29/2004 | 10/29/2004 | 10/29/2004 |

*Comments:* MICROSOFT CORP'S MEMO IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY -EXHIBITS Q AND R FILED UNDER SEAL HIGHLY CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | REMSBURG EDWARD W. | 10/29/2004 | 10/29/2004 | 10/29/2004 |

*Comments:* MICROSOFT CORP'S MEMO IN OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE PROTECTIVE ORDER

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | REMSBURG EDWARD W. | 10/29/2004 | 10/29/2004 | 10/29/2004 |

*Comments:* MICROSOFT'S SURREPLY IN RESPONSE TO A NEW ARGUMENT MADE BY PLAINTIFFS IN THEIR REPLY BRIEF ON THEIR MOTION TO MODIFY THE PROTECTIVE ORDER

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | REMSBURG EDWARD W. | 10/29/2004 | 10/29/2004 | 10/29/2004 |

*Comments:* MICROSOFT'S MEMO IN OPPOSITION TO PLAINTIFFS' MOTION FOR APPLICATION OF COLLATERAL ESTOPPEL

| | | | | |
|---|---|---|---|---|
| MOTION | REMSBURG EDWARD W. | 10/18/2004 | 10/19/2004 | 10/19/2004 |

*Comments:* FOR PRO HAC VICE APPEARANCE FOR DAVID B TULCHIN

| | | | | |
|---|---|---|---|---|
| NOTICE | REMSBURG EDWARD W. | 10/15/2004 | 10/18/2004 | 10/18/2004 |

*Comments:* OF FILING PURSUANT TO RULE 1.442 BY DEFENDANT

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | | 09/30/2004 | 10/01/2004 | 10/01/2004 |

*Comments:* REPLY MEMO IN SUPPORT OF PLAFS MOTION FOR APP OF COLLATERAL ESTOPPEL

| | | | | |
|---|---|---|---|---|
| OTHER AFFIDAVIT | CONLIN ROXANNE B | 09/30/2004 | 10/01/2004 | 10/01/2004 |

*Comments:* REPLY AFFIDAVIT OF ROXANNE B CONLIN IN
SUPPORT OF PLAFS MOTION TO MODIFY THE STIP
PORTECTIVE ORDER

OTHER EVENT                                         09/30/2004   10/01/2004   10/01/2004

*Comments:* REPLY AFFIDAVIT OF RICHARD M HAGSTROM IN
SUPPORT OF PLAFS MOTION TO COMPEL
DISCOVERY FROM MICROSOFT

OTHER EVENT                                         09/30/2004   10/01/2004   10/01/2004

*Comments:* REPLY MEMO IN SUPPORT OF PLAFS MOTION
TO MODIFY THE STIPULATED PROTECTIVE ORDER

OTHER EVENT            CONLIN ROXANNE B    09/30/2004   10/01/2004   10/01/2004

*Comments:* REPLY AFFIDAVIT OF ROXANNE BARTON CONLIN

OTHER EVENT            CONLIN ROXANNE B    09/30/2004   10/01/2004   10/01/2004

*Comments:* PLAFS REPLY MEMO IN SUPPORT OF THEIR MOTION
TO COMPEL DISCOVERY FROM MICROSOFT

OTHER ORDER            OXBERGER LEO         09/21/2004   09/27/2004   09/27/2004

*Comments:* DEFENDANT SHALL BE ALLOWED TO SUBMIT A NEW VERSION OF THE
MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL.

MOTION                 REMSBURG             09/21/2004   09/28/2004   09/28/2004
                       EDWARD W.

*Comments:* FOR PERMISSION TO DELIVER TO COURT REVISED VERSION OF
MEMORANDUM IN OPPOSITION TO MOTION TO COMPEL WITH CHANGED
CONFIDENTIALITY DESIGNATIONS

ORDER SETTING HEARING  REIS ARTIS IONE      09/10/2004   09/22/2004   09/22/2004

*Comments:* 10/21/04 9:00A RM 306
APP OF COLARTERAL ESTOPPEL & COMPEL & MODIFY
STIP PROT ORDER

NOTICE                 REMSBURG             09/09/2004   09/21/2004   09/21/2004
                       EDWARD W.

*Comments:* OF FILING PURSUANT TO RULE 1.442

| Type | Party | Date | Date | Date |
|---|---|---|---|---|
| ORDER SETTING HEARING | REIS ARTIS IONE | 08/19/2004 | 08/25/2004 | 08/25/2004 |

*Comments:* PRE TRIAL CONFERENCE IS CONTINUED FROM 8/20/04 TO 8/27/04 AT 9AM RM 306

| | | | | |
|---|---|---|---|---|
| ORDER SETTING HEARING | REIS ARTIS IONE | 08/10/2004 | 08/12/2004 | 08/12/2004 |

*Comments:* 8/20/04 10AM RE PHONE CONFERENCE; P ATTY TO INITIATE

| | | | | |
|---|---|---|---|---|
| OTHER ORDER | REIS ARTIS IONE | 08/05/2004 | 08/10/2004 | 08/10/2004 |

*Comments:* MICROSOFT GRANTED EXTENSION OF TIME TO FILE RESISTANCE UNTIL/INCLUDING 9/9/04

| | | | | |
|---|---|---|---|---|
| MOTION | REMSBURG EDWARD W. | 08/02/2004 | 08/04/2004 | 08/04/2004 |

*Comments:* FOR EXTENSION OF TIME FOR DEFT TO FILE RESISTANCE TO PLAFS' MOTION TO MODIFY THE STIPULATED PROTECTIVE ORDER & MOTION TO COMPEL

| | | | | |
|---|---|---|---|---|
| OTHER AFFIDAVIT | | 07/28/2004 | 07/29/2004 | 07/29/2004 |

*Comments:* OF ROXANNE BARTON CONLIN

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | | 07/28/2004 | 07/29/2004 | 07/29/2004 |

*Comments:* MEMO SUPPORTING JOE COMES & RILEY PAINT'S MOTION TO MODIFY STIPULATED PROTECTIVE ORDER

| | | | | |
|---|---|---|---|---|
| MOTION | | 07/28/2004 | 07/29/2004 | 07/29/2004 |

*Comments:* JOE COMES & RILEY PAINT'S MOTION TO MODIFY STIPULATED PROTECTIVE ORDER

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | CONLIN ROXANNE B | 07/28/2004 | 07/29/2004 | 07/29/2004 |

*Comments:* MEMO SUPPORTING JOE COMES & RILEY PAINT'S MOTION TO COMPEL DISCOVERY FROM MICROSOFT

| | | | | |
|---|---|---|---|---|
| MOTION TO COMPEL | CONLIN ROXANNE B | 07/28/2004 | 07/29/2004 | 07/29/2004 |

*Comments:* DISCOVERY FROM MICROSOFT BY JOE COMES & RILEY PAINT

| | | | | |
|---|---|---|---|---|
| MOTION | REMSBURG EDWARD W. | 07/22/2004 | 07/26/2004 | 07/26/2004 |

*Comments:* FOR EXTENSION OF TIME FOR DEFT TO FILE RESISTANCE TO PLAF'S MOTION FOR APPLICATION OF COLLATERAL ESTOPPEL (UNCONTESTED)

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | CONLIN ROXANNE B | 07/12/2004 | 07/14/2004 | 07/14/2004 |

*Comments:* MEMO IN SUPPORT OF JOE COMES & COMES VENDING'S

MOTION FOR APPLICATION OF COLLATERAL ESTOPPEL

AGAINST MICROSOFT

| | | | | |
|---|---|---|---|---|
| OTHER AFFIDAVIT | | 07/12/2004 | 07/14/2004 | 07/14/2004 |

*Comments:* OF ROXANNE CONLIN

| | | | | |
|---|---|---|---|---|
| MOTION | CONLIN ROXANNE B | 07/12/2004 | 07/14/2004 | 07/14/2004 |

*Comments:* FOR APPLICATION OF COLLATERAL ESTOPPEL AGAINST

MICROSOFT BY JOE COMES & COMES VENDING INC

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | | 07/01/2004 | 07/01/2004 | 07/01/2004 |

*Comments:* CLERKS CERTIFICATE-1FILE (7VOL) TO

SUPREME COURT 7-6-04

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | | 03/16/2004 | 03/18/2004 | 03/18/2004 |

*Comments:* COPY OF ORDER FROM SUPREME COURT OF IOWA

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | REMSBURG EDWARD W. | 10/20/2003 | 10/21/2003 | 10/21/2003 |

*Comments:* COMBINED CERTIFICATE OF DEFT/APPELLANT

MICROSOFT COR

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | | 10/17/2003 | 10/17/2003 | 10/17/2003 |

*Comments:* CLERK'S CERTIFICATE

MAILED DOCKETED ENTRIES TO ROXANNE CONLIN,

RICHARD HAGSTROM, EDWARD REMSBURG & SUPREME

COURT ON 10/17/03

| | | | | |
|---|---|---|---|---|
| NOTICE OF APPEAL | REMSBURG EDWARD W. | 10/16/2003 | 10/17/2003 | 10/17/2003 |

*Comments:* OF 09/16/03 RULING BY DEFT MICROSOFT CORP

| | | | | |
|---|---|---|---|---|
| OTHER ORDER | REIS ARTIS IONE | 09/16/2003 | 09/18/2003 | 09/18/2003 |

*Comments:* ORDER UNDER AND PURSUANT TO IOWA RULE 1.276

| | | | | |
|---|---|---|---|---|
| OTHER ORDER | REIS ARTIS IONE | 09/16/2003 | 09/17/2003 | 09/17/2003 |

*Comments:* PLAFS MOITON TO CERTIFY A MICROSOFT

OPERATING SYS SOFTWARE CLASS AND A MICROSOFT

APP SOFTWARE CLASS IS GRANTED.

MOTION                                                                    08/29/2003   09/02/2003   09/02/2003

   *Comments:* BY MICROSOFT CORP FOR PERMISSION TO FILE

        ATTACHED SURREPLY

        **SEALED WHTE ENVELOPE PURSUANT TO ORDER DTD

        1-23-03**

OTHER EVENT                                                               08/15/2003   08/15/2003   08/15/2003

   *Comments:* SEALED WHITE ENVELOPE. NO PERSON SHALL HAVE

        ACCESS TO CONTENTS W/O COURT ORDER

ORDER SETTING HEARING    KIMES GARY G        08/07/2003   08/08/2003   08/08/2003

   *Comments:* ON MOTION FOR CLASS CERTIFICATION ON

        09/05/03 AT 10:30 AM RM 306

OTHER EVENT                                                               07/29/2003   12/11/2003   12/11/2003

   *Comments:* APPENDIX II TO DEFT MICROSOFT'S MEMORANDUM OF

        LAW IN OPPOSITION TO PLAFS' MOT FOR CLASS

        CERTIFICATION (VOL I &II)

OTHER EVENT                                                               07/29/2003   12/11/2003   12/11/2003

   *Comments:* APPENDIX III TO DEFT MICROSOFT'S MEMORANDUM

        OF LAW IN OPPOSITION TO PLAFS MOTION FOR

        CLASS CERTIFICATION

        VOLUMES 1-5

OTHER EVENT                                                               07/29/2003   07/30/2003   12/11/2003

   *Comments:* APPENDIX III TO DEFT MICROSOFT'S MEMORANDUM

        OF LAW IN OPPOSITION TO PLAFS MOTION FOR

        CLASS CERTIFICATION

        VOLUMES 1-5 & VOLUMES 1-2 (TOTAL 7 BOUND VOLUMES)

OTHER EVENT                                                               07/29/2003   07/30/2003   07/30/2003

   *Comments:* APPENDIX I TO DEFT MICROSOFT'S MEMORANDUM OG

        LAW IN OPPOSITION TO PLAFS MOTION FOR CLASS

        CERTIFICATION. AFFIDAVITS AND OTHER DOCUMENTS

        SEALED IN WHITE ENVELOPE BY ORDER OF COURT

| Event | Party/Judge | Date | Date | Date |
|---|---|---|---|---|
| OTHER EVENT | | 07/29/2003 | 07/30/2003 | 07/30/2003 |

*Comments:* DEFT MICROSOFT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAFS MOTION FOR CLASS CERTIFICATION. SEALED IN WHITE ENVELOPE BY ORDER OF THE COURT

| | | | | |
|---|---|---|---|---|
| OTHER ORDER | REIS ARTIS IONE | 07/23/2003 | 07/24/2003 | 07/24/2003 |

*Comments:* GRANTING MOT FOR EXTENSION OF CLASS CERTIFICATION DEADLINES

| | | | | |
|---|---|---|---|---|
| MOTION | REMSBURG EDWARD W. | 07/22/2003 | 07/23/2003 | 07/23/2003 |

*Comments:* JOINT MOTION OF PLAFS AND DEFT FOR EXTENSION OF CLASS CERTIFICATION OF DEADLINES

| | | | | |
|---|---|---|---|---|
| DISMISSED PARTIAL | CLERK OF COURT | 07/21/2003 | 07/22/2003 | 07/22/2003 |

*Comments:* AS TO JEFF C JENNISON'S CLAIMS

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | CONLIN ROXANNE B. | 07/10/2003 | 07/14/2003 | 07/14/2003 |

*Comments:* PLAFS REPLY TO DEFT'S RESPONSE TO "NEW ARGUMENTS"

| | | | | |
|---|---|---|---|---|
| OTHER ORDER | KIMES GARY G | 07/09/2003 | 07/10/2003 | 07/10/2003 |

*Comments:* TO W/DRAW RECORDS. KENT GUMMERT TO W/DRAW VOL 1 & VOL 2 OF COURT FILE

| | | | | |
|---|---|---|---|---|
| OTHER ORDER | KIMES GARY G | 07/09/2003 | 07/14/2003 | 07/14/2003 |

*Comments:* RE: DEFT'S MOT TO COMP DISC FROM PLAFS. ***SEE ORDER*** RE: BANK ACCOUNTS, ADDL DEPOS, FEE AGREEMENT, E-MAIL ADDRESS REQUEST & INTERNET ACCESS DOCUMENTS

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | REMSBURG EDWARD W. | 07/08/2003 | 07/09/2003 | 07/09/2003 |

*Comments:* DEFT'S RESPONSE TO NEW ARGUMENTS RAISED AT HEARING ON DEFT'S MOTION TO COMPEL DISCOVERY

| | | | | |
|---|---|---|---|---|
| OTHER EVENT | REMSBURG EDWARD W. | 07/08/2003 | 07/09/2003 | 07/09/2003 |

*Comments:* DEFT'S RESPONSE TO NEW ARGUMENTS RAISED AT

    HEARING ON DEFT'S MOTION TO COMPEL DISCOVERY

| | | | | |
|---|---|---|---|---|
| RESISTANCE | CONLIN ROXANNE B. | 06/16/2003 | 06/18/2003 | 06/18/2003 |

*Comments:* TO MICROSOFT'S MOTION COMPEL BY JOE COMES &

    JEFF JENNISON & RILEY PAINT

| | | | | |
|---|---|---|---|---|
| ORDER SETTING HEARING | REIS ARTIS IONE | 06/06/2003 | 06/09/2003 | 06/09/2003 |

*Comments:* ON DEFT MICROSOFT'S MOTION TO COMPEL DISCOVERY

    FROM PLAFS

    7-7-03 @ 8:30 AM IN ROOM 306

| | | | | |
|---|---|---|---|---|
| MOTION TO COMPEL | REMSBURG EDWARD W. | 06/03/2003 | 06/04/2003 | 06/04/2003 |

*Comments:* BY DEFT MICROSOFT FOR DISCOVERY FROM PLAFS

| | | | | |
|---|---|---|---|---|
| OTHER ORDER | REIS ARTIS IONE | 05/28/2003 | 05/30/2003 | 05/30/2003 |

*Comments:* GRANTING DEFT'S MOTION FOR EXTENSION OF

    CLASS CERTIFICATION DEADLINES

| | | | | |
|---|---|---|---|---|
| ORDER SETTING HEARING | REIS ARTIS IONE | 05/22/2003 | 05/27/2003 | 05/27/2003 |

*Comments:* RE: PENDING MOTIONS

    6-13-03 @ 8:30 AM IN ROOM 306

| | | | | |
|---|---|---|---|---|
| MOTION | REMSBURG EDWARD W. | 05/08/2003 | 05/12/2003 | 05/12/2003 |

*Comments:* FOR EXTENSION OF CLASS CERTIFICATION

    DEADLINES BY DEFT

| | | | | |
|---|---|---|---|---|
| OTHER ORDER | REIS ARTIS IONE | 05/08/2003 | 05/09/2003 | 05/09/2003 |

*Comments:* MICROSOFT'S MOTION ADMISSION PRO HAC VICE

    GRANTED FOR CHARLES CASPER, GREGORY HAUCK,

    & MARY PLATT

| | | | | |
|---|---|---|---|---|
| MOTION | REMSBURG EDWARD W. | 04/24/2003 | 04/25/2003 | 04/25/2003 |

*Comments:* FOR ADMISSION PRO HAC VICE OF CHARLES B

    CASPER, GREGORY J HAUCK & MARY F. PLATT

        BY DEFT

ANSWER                                                  03/14/2003  03/19/2003  03/19/2003

   *Comments:* MICROSOFTS ANSWER AND DEFENSES

SERVICE                                                 03/05/2003  03/06/2003  03/06/2003

   *Comments:* OF 3RD AMENDED PETITION MAILED TO & ACCEPTED

        BY DEFT 3/4/03

MOTION                CONLIN ROXANNE B.  03/05/2003  03/06/2003  03/06/2003

   *Comments:* FOR CLASS CERTIFICATION BY PLAFS

OTHER EVENT                                             03/04/2003  03/05/2003  03/05/2003

   *Comments:* PLAF'S MEMO SUPPORTS PLAFS' MOTION FOR

        CLASS CERTIFICATION

OTHER EVENT                                             03/04/2003  03/05/2003  03/05/2003

   *Comments:* SEALED ENVELOPE RE CONFIDENTIAL INFORMATION

        RE STIPULATED PROTECTIVE ORDER OF 1/23/03

AMENDED PETITION FILED   CONLIN ROXANNE B.  02/28/2003  03/03/2003  03/03/2003

   *Comments:* PLAFS' 3RD AMENDED PETITION

OTHER ORDER            REIS ARTIS IONE     02/26/2003  02/27/2003  02/27/2003

   *Comments:* PLAFS' UNCONTESTED MOTION AMEND PETITION

        GRANTED (3RD AMENDED PETITION)

OTHER EVENT           CONLIN ROXANNE B.  02/14/2003  02/17/2003  02/17/2003

   *Comments:* THIRD AMENDED PETITION

MOTION                CONLIN ROXANNE B.  02/14/2003  02/17/2003  02/17/2003

   *Comments:* AMEND PETITION BY PLAF

OTHER EVENT                                             01/24/2003  01/27/2003  01/27/2003

   *Comments:* COPY OF ORDER GRANTING MOTION FOR R

        IN MAIL NOT DELIVERABLE TO ROXANNE

        BARTON CONLIN

        ADMISSION OF FOREIGN COUNSEL RETURNED

OTHER ORDER            REIS ARTIS IONE     01/24/2003  01/27/2003  01/27/2003

   *Comments:* INRE MOTION GRANTED ON APPLICATION FOR

| | | | | | |
|---|---|---|---|---|---|
| | ADMISSION OF FOREIGN COUNSEL | | | | |
| OTHER ORDER | REIS ARTIS IONE | 01/23/2003 | 01/24/2003 | 01/24/2003 | |

*Comments:* PRETRIAL PROCEDURES ORDER NO 1

OTHER ORDER      REIS ARTIS IONE      01/23/2003    01/24/2003    01/24/2003

*Comments:* CLASS CERTIFICATION SCHEDULING ORDER

OTHER ORDER      REIS ARTIS IONE      01/23/2003    01/24/2003    01/24/2003

*Comments:* STIPULATED PROTECTIVE ORDER

OTHER ORDER      REIS ARTIS IONE      01/23/2003    01/24/2003    01/24/2003

*Comments:* MOTION ALLOW RICHARD HAGSTROM TO APPEAR
PRO HAC VICE GRANTED

NOTICE      01/14/2003    01/16/2003    01/16/2003

*Comments:* OF REGISTRATION & FIRM NAME CHANGE & CERT
OF SERVICE

OTHER ORDER      REIS ARTIS IONE      01/07/2003    01/13/2003    01/13/2003

*Comments:* PLAFS' APL ADMIT FOR FOREIGN COUNSEL GRANTED

OTHER APPLICATION      CONLIN ROXANNE B.    12/17/2002    12/20/2002    12/20/2002

*Comments:* FOR ADMISSION OF FOREIGN COUNSEL

ANSWER      REMSBURG EDWARD W.    11/08/2002    11/13/2002    11/13/2002

*Comments:* & AFFIRM DEFENSES BY DEFT

OTHER ORDER      OVROM ELIZA    10/25/2002    10/28/2002    10/28/2002

*Comments:* GRANTING MOTION TO AMEND PETITION

OTHER EVENT      10/25/2002    10/28/2002    10/28/2002

*Comments:* PLTFS REPLY TO DEFTS RESPONSE TO PLTFS
MOTION TO AMEND PETITION

OTHER EVENT      REMSBURG EDWARD W.    10/17/2002    10/18/2002    10/18/2002

*Comments:* DEFT'S RESPONSE TO PLAFS' MOTION AMEND
PETITION

MOTION      CONLIN ROXANNE B.    10/07/2002    10/08/2002    10/08/2002

*Comments:* TO AMEND PETITION BY PLAF

    & CERTIFICATE OF SERVICE 10/7/02

OTHER EVENT                                                         09/17/2002   09/18/2002   09/18/2002

   *Comments:* RCPT RCVD FROM SUPREME COURT 1 FILE

ANSWER                     REMSBURG EDWARD W.     07/26/2001   07/29/2002   07/29/2002

   *Comments:* BY MICROSOFTT

PROCEDENDO             NOT KNOWN          07/11/2001   07/16/2002   07/16/2002

   *Comments:* DISTRICT COURT JDGMNT REVERSED/REMANDED

        SUPREME COURT COSTS $418.94 TAXED TO DEFT

        REMIT TO ROXANNE CONLIN

OTHER EVENT                                            03/09/2001   03/14/2001   03/14/2001

   *Comments:* RECEIVED AT SUP CT - 1 FILE

MOTION                           CONLIN ROXANNE     01/24/2001   01/30/2001   01/30/2001

   *Comments:* PLTFS/APPELLANTS MOTION XTENSION OF TIME TO

        FILE APPENDIX & PROOF REPLY BRIEF

OTHER EVENT                                          08/15/2000   08/21/2000   08/21/2000

   *Comments:* COMBINED CERTIFICATE FILED AT SUP CT

OTHER EVENT                                          07/27/2000   07/27/2000   07/27/2000

   *Comments:* CERTIFIED LISTING OF ALL DOCKET/CALENDAR

        ENTRIES SENT TO SUPREME CT, COPY TO ATTYS

NOTICE OF APPEAL        CONLIN ROXANNE B.   07/21/2000   07/26/2000   07/26/2000

NOTICE                                                    07/20/2000   07/25/2000   07/25/2000

   *Comments:* OF CHANGE OF ADDRESS BY ROXANNE CONLIN & ASSOC

ORDER FOR JUDGMENT     NOVAK JOEL D        07/11/2000   07/18/2000   07/18/2000

   *Comments:* DEFT'S MOTION TO DISMISS IS GRANTED.

        JOE COMES & COMES VENDING INC - COSTS

OTHER EVENT               NEUHAUS JOSEPH E    06/16/2000   06/21/2000   06/21/2000

   *Comments:* CERTIFICATE OF DELIVERY OF DEFTS SUR-REBUTTAL

        BRIEF ON MOTION TO DISMISS

COURT REPORTER          CULVER SHERYL L     06/06/2000   06/12/2000   06/12/2000

CERTIFICATE

   *Comments:* $15.00

OTHER EVENT                                                 05/18/2000   05/22/2000   05/22/2000

   *Comments:* CERTIFICATE OF DELIVERY

OTHER ORDER         NOVAK JOEL D      05/15/2000   05/17/2000   05/17/2000

   *Comments:* MOTION TO ALLOW JOSEPH NEUHAUS TO APPEAR
        PRO HAC VICE IS GRANTED

OTHER AFFIDAVIT                          05/12/2000   05/16/2000   05/16/2000

   *Comments:* AFFIDAVIT OF JOSEPH NEUHAUS

MOTION              RIBBLE DONALD G    05/12/2000   05/16/2000   05/16/2000

   *Comments:* FOR PRO HAC VICE APPEARANCE

RESISTANCE          CONLIN ROXANNE B.   05/11/2000   05/12/2000   05/12/2000

   *Comments:* PLAFS RESISTANCE TO MOTION TO DISMISS

ORDER SETTING HEARING    NOVAK JOEL D      05/04/2000   05/04/2000   05/04/2000

   *Comments:* ON MOTION TO DISMISS SET FOR
        05/23/2000 AT 8:15 AM RM 308

MOTION TO DISMISS     RIBBLE DONALD G    05/01/2000   05/02/2000   05/02/2000

   *Comments:* BY DEFT

OTHER EVENT          RIBBLE DONALD G    05/01/2000   05/02/2000   05/02/2000

   *Comments:* CERTIFICATE OF DELIVERY

STIPULATION FILING     CONLIN ROXANNE B.   03/23/2000   03/24/2000   03/24/2000

   *Comments:* PARTIES STIPULATE AND AGREE THAT DEFT MAY
        HAVE UNTIL 05/01/2000 TO RESPOND TO PLAFS
        FIRST AMENDED PETITION

RETURN OF ORIGINAL                     03/14/2000   03/15/2000   03/15/2000
NOTICE

   *Comments:* SRVD CINDY HALVERSON - REG AGENT FOR
        MICROSOFT CORP ON 03/10/00
        $20.00

AMENDED PETITION FILED   CONLIN ROXANNE B.   03/08/2000   03/09/2000   03/09/2000

   *Comments:* FIRST

| | | | | |
|---|---|---|---|---|
| PETITION FILED | CONLIN ROXANNE B. | 02/18/2000 | 02/21/2000 | 02/21/2000 |

CN=ahlersandcooney,O=JUDICIAL

[Logoff]   [Change Password]

Please Logoff when you are through accessing case detail information.

For exclusive use by the Iowa Courts
© State of Iowa, All Rights Reserved