IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOE COMES, and RILEY PAINT, INC., an Iowa corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | No. CV-05-562<br><br><br><br><br>**LR 81.1(a)(3) COUNSEL INFORMATION** |

Pursuant to LR 81.1(a)(3), Microsoft submits the following information on counsel for the parties:

**Attorneys for Plaintiff**

Roxanne Barton Conlin
Roxanne Conlin & Associates, P.C.
600 Griffin Building
319 Seventh Street
Des Moines, Iowa 50309
Phone: (515) 283-111
Fax: (515) 282-0477
E-Mail: roxlaw@aol.com

Richard M. Hagstrom
Zelle, Hofmann, Voelbel, Mason &
    Gette LLP
500 Washington Avenue South, Suite 4000
Minneapolis, Minnesota 55415
Phone: (612) 339-2020
Fax: (612) 336-9100
E-mail: Rhagstrom@Zelle.com

-2-

**Attorneys for Defendant**

    Edward W. Remsburg
    AHLERS & COONEY, P.C.
    100 Court Avenue, Suite 600
    Des Moines, Iowa 50309
    Telephone: (515) 243-7611
    Facsimile: (515) 243-2149
    E-Mail: eremsburg@ahlerslaw.com

    Thomas W. Burt
    Richard J. Wallis
    Steven J. Aeschbacher
    MICROSOFT CORPORATION
    One Microsoft Way
    Redmond, Washington 98052
    Telephone: (425) 936-8080
    Facsimile: (425) 936-7329
    E-Mail: tburt@microsoft.com

    David B. Tulchin
    Joseph E. Neuhaus
    Sharon L. Nelles
    SULLIVAN & CROMWELL LLP
    125 Broad Street
    New York, New York 10004
    Telephone: (212) 558-4000
    Facsimile: (212) 558-3588
    E-Mail: tulchind@sullcrom.com

    Brent B. Green
    DUNCAN, GREEN, BROWN & LANGENESS
    A Professional Corporation
    400 Locust Street, Suite 380
    Des Moines, Iowa 50309-2363
    Telephone: (515) 288-6440
    Facsimile: (515) 288-6448
    E-Mail: Bgreen@DuncanGreenLaw.com

/s/ Edward W. Remsburg
Edward W. Remsburg (PK0004619)
Ahlers & Cooney, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309
Telephone : (515) 243-7611
Fax: (515) 243-2149
ATTORNEY FOR DEFENDANT

Copies mailed to:

Roxanne Barton Conlin,
Roxanne Conlin & Associates, P.C.,
Suite 600, 319 7th Street,
Des Moines, Iowa 50309

Richard M. Hagstrom
Zelle, Hofmann, Voelbel, Mason & Gette
500 Washington Avenue South, Suite 4000
Minneapolis, Minnesota 55415-1152

PROOF OF SERVICE

THE UNDERSIGNED CERTIFIES THAT THE FOREGOING INSTRUMENT WAS SERVED UPON ALL PARTIES TO THE ABOVE CAUSE TO EACH OF THE ATTORNEYS OF RECORD HEREIN AT THEIR RESPECTIVE ADDRESSES DISCLOSED ON THE PLEADINGS ON

October 13, 2005

BY __X_ U.S. MAIL          ___ FAX
   ___ HAND DELIVERED      ___ PRIVATE CARRIER

SIGNATURE  /s/ Ann Baier

JVANRYSW\469813.1\WP21270001