IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Joe Comes, et al., | |
| Plaintiffs, | |
| vs. | No. CV 05-562 |
| Microsoft Corporation, a Washington Corporation, | MOTION FOR ADMISSION PRO HAC VICE |
| Defendant. | |

Joseph E. Neuhaus, an attorney who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Microsoft Corporation. Mr. Neuhaus states that he is a member in good standing of the bar of the State of New York and the bars of the United States District Courts for the (a) Southern District of New York and (b) Eastern District of New York, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to attorneys admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Mr. Neuhaus further states that he will comply with the associate counsel requirements of LR 83.2(d)(3) by associating with Edward W. Remsburg and Brent B. Green, attorneys who have been admitted to the bar of this district under LR 83.2(b) and (c) and who have entered an appearance in this case on behalf of Microsoft Corporation.

Mr. Neuhaus states that he can be contacted at the following locations: Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004; (212) 558-4240 (phone); (212) 558-3588 (facsimile); and neuhausj@sullcrom.com.

Dated: October 18, 2005

                                        Respectfully submitted,

                                        By: /s/ Joseph E. Neuhaus
                                        Joseph E. Neuhaus
                                        SULLIVAN & CROMWELL LLP
                                        125 Broad Street
                                        New York, New York 10004
                                        (212) 558-4000

CERTIFICATE OF SERVICE

On this ____ day of October, 2005, a copy of the foregoing was served upon the following:

        Roxanne Barton Conlin (by hand)
        Roxanne Conlin & Associates, P.C.
        600 Griffin Building
        319 Seventh Street
        Des Moines, Iowa 50309

        Richard M. Hagstrom (by U.S. Mail)
        Zelle, Hofmann, Voelbel, Mason & Gette LLP
        500 Washington Avenue South
        Suite 4000
        Minneapolis, Minnesota 55415

_____
Edward W. Remsburg (PK0004619)