IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Joe Comes, et al.,<br><br>          Plaintiffs,<br>vs.<br><br>Microsoft Corporation,<br>a Washington Corporation,<br><br>          Defendant. | No. CV 05-562<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

David B. Tulchin, an attorney who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Microsoft Corporation. Mr. Tulchin states that he is a member in good standing of the bar of the State of New York and of the bars of the United States District Courts for the (a) Southern District of New York; (b) Eastern District of New York; (c) Western District of New York; (d) District of Colorado; (e) Northern District of Ohio; and (f) Eastern and Western Districts of Arkansas, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to attorneys admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Mr. Tulchin further states that he will comply with the associate counsel requirements of LR 83.2(d)(3) by associating with Edward W. Remsburg and Brent B. Green, attorneys who have been admitted to the bar of this district under LR 83.2(b) and (c) and who have entered an appearance in this case on behalf of Microsoft Corporation.

Mr. Tulchin states that he can be contacted at the following locations: Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004; (212) 558-3749 (phone); (212) 558-3588 (facsimile); and tulchind@sullcrom.com.

Dated: October 18, 2005

Respectfully submitted,

By: _____
David B. Tulchin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

## CERTIFICATE OF SERVICE

On this ____ day of October, 2005, a copy of the foregoing was served upon the following:

>Roxanne Barton Conlin (by hand)
>Roxanne Conlin & Associates, P.C.
>600 Griffin Building
>319 Seventh Street
>Des Moines, Iowa 50309
>
>Richard M. Hagstrom (by U.S. Mail)
>Zelle, Hofmann, Voelbel, Mason & Gette LLP
>500 Washington Avenue South
>Suite 4000
>Minneapolis, Minnesota 55415

_____
Edward W. Remsburg (PK0004619)