**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| JOE COMES and RILEY PAINT, INC., an Iowa corporation, | : : : | No. CV 05-562 |
| Plaintiffs, | : : | **PLAINTIFFS' MOTION TO REMAND** |
| v. | : : | |
| MICROSOFT CORPORATION, a Washington Corporation, | : : : | **EXPEDITED RELIEF & ORAL ARGUMENT REQUESTED** |
| Defendant. | : : | |

Plaintiffs Joe Comes and Riley Paint ("Plaintiffs"), on behalf of themselves and the two certified classes they represent, move the Court pursuant to 28 U.S.C. § 1447 for an Order remanding this case to the Iowa District Court for Polk County. Plaintiffs' Motion to Remand is based on the accompanying Memorandum in Support of Plaintiffs' Motion to Remand and the Affidavit of Roxanne Barton Conlin, which establish that this Court does not have jurisdiction over this lawsuit and states to the Court:

1. The removal is an improper use of 28 U.S.C. § 1446 because Plaintiffs' causes of action against Microsoft are based solely on Iowa law.

2. The Class Action Fairness Act of 2005 does not apply to this action, which was commenced prior to February 18, 2005 (the effective date of the Act).

3. Therefore, Plaintiffs request that the Court, pursuant to 28 U.S.C. § 1447(c), remand this case *sua sponte* to Iowa District Court for Polk County. Should the Court elect not to remand this matter *sua sponte*, Plaintiffs request, pursuant to LR 7.1(j), that the Court act on this motion and enter a remand order on an expedited basis.

4. Plaintiffs further seek an award of fees and costs in bringing this Motion, pursuant to 28 U.S.C. § 1447(c).

**WHEREFORE**, Plaintiffs pray that the Court: (1) summarily remand this action to the Iowa District Court for Polk County; or (2) enter a remand order following an expedited briefing and hearing schedule. Plaintiffs further pray for an award of costs and fees in bringing this Motion.

Dated: October 18, 2005.

/s/ Roxanne Barton Conlin  
Roxanne Barton Conlin  
Roxanne Conlin & Associates, P.C.  
319 7th Street, Suite 600  
Des Moines, Iowa 50309  
Phone: (515) 283-1111  
Fax: (515) 282-0477  
Email: roxlaw@aol.com  

/s/ Richard M. Hagstrom  
Richard M. Hagstrom  
Zelle, Hofmann, Voelbel, Mason & Gette  
500 Washington Avenue South  
Suite 4000  
Minneapolis, MN 55415  
Phone: 612-339-2020  
Fax: 612-336-9100  
Email: Rhagstrom@zelle.com  
ATTORNEYS FOR PLAINTIFFS

I hereby certify that on October 18, 2005 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

David B. Tulchin  
Joseph E. Neuhaus  
Sullivan & Cromwell LLP

125 Broad Street
New York, New York 10004
Email: NEUHAUSJ@sullcrom.com
TULCHIND@sullcrom.com

Edward Remsburg
Ahlers & Cooney, P.C.
100 Court Avenue
Suite 600
Des Moines, Iowa 50309
EREMSBURG@ahlerslaw.com

Brent B. Green
Bradley C. Obermeier
Duncan, Green, Brown & Langeness
A Professional Corporation
400 Locust Street, Suite 380
Des Moines, Iowa 50309
bgreen@duncangreenlaw.com

ATTORNEYS FOR DEFENDANT

/s/ Roxanne Barton Conlin
Roxanne Barton Conlin
Roxanne Conlin & Associates, P.C.
319 7th Street, Suite 600
Des Moines, Iowa  50309
Phone:  (515) 283-1111
Fax:  (515) 282-0477
Email: roxlaw@aol.com


 /s/ Richard M. Hagstrom
Richard M. Hagstrom
Zelle, Hofmann, Voelbel, Mason & Gette
500 Washington Avenue South
Suite 4000
Minneapolis, MN 55415
Phone: 612-339-2020
Fax:  612-336-9100
Email: Rhagstrom@zelle.com