**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| JOE COMES and RILEY PAINT, INC., an Iowa corporation, | : : : | No. CV 05-562 |
| Plaintiffs, | : : | |
| v. | : : | **ORDER** |
| MICROSOFT CORPORATION, a Washington Corporation, | : : : : | |
| Defendant. | : : | |

Based on the pleadings herein, Plaintiffs Motion for Expedited Relief on Motion to Remand is GRANTED and the following schedule is hereby adopted:

| | |
|---|---|
| Plaintiffs motion to remand due: | October 18, 2005 |
| Microsoft opposition to remand due: | October 21, 2005 |
| Plaintiffs reply in support of remand due: | October 24, 2005 |
| Oral argument on motion to remand to occur on or before: | October 28, 2005 |

IT IS SO ORDERED.

Dated: _____        _____
                                                                    District Court Judge