## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | | |
|---|---|---|
| JOE COMES and<br>RILEY PAINT, INC., an Iowa<br>Corporation | : | NO. CV-05-562 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | PLAINTIFFS' RESISTANCE |
| MICROSOFT CORPORATION, | : | TO MOTION TO EXTEND |
| A Washington Corporation, | : | TIME TO RESPOND TO |
| | : | PLAINTIFF'S MOTION TO |
| Defendants. | : | AMEND THE PETITION |

COME NOW Plaintiffs in the above entitled matter and resists Defendant's Motion to Extend Time to Respond to Plaintiffs' Motion to Amend and in support thereof states to the Court:

1.     Plaintiffs filed their Motion to Amend on September 16, 2005 within the time allowed for amendment.

2.     Defendant's response thereto was due on September 26 , 2005 under and pursuant to IRCP 1.441(4).

3.     As a matter of professional courtesy, Plaintiffs voluntarily agreed to Defendant's request for more time to prepare their response.

4.     Despite Defendant's representations that it required the extra time to resist the motion to amend , it did not resist Plaintiffs' Motion to amend on October 14, 2005.  Instead, the day before it was due,  Microsoft removed the case to federal court on completely frivolous grounds.

5.    Defendant's removal is filed for the purpose of delay. It is wholly without merit. Defendant should not be permitted to take further advantage of Plaintiffs' extension of professional courtesy. Its response was originally due on September 26, 2005. The time was extended by Plaintiff until October 14, 2005. No further extension should be granted by the Court.

WHEREFORE, Plaintiffs pray that Defendant's Motion for Extension of Time be denied.

/s/ Roxanne Barton Conlin
Roxanne Barton Conlin
Roxanne Conlin & Associates, P.C.
319 7th Street, Suite 600
Des Moines, Iowa  50309
Phone:  (515) 283-1111
Fax:  (515) 282-0477
Email: roxlaw@aol.com


/s/ Richard M. Hagstrom
Richard M. Hagstrom
Zelle, Hofmann, Voelbel, Mason & Gette
500 Washington Avenue South
Suite 4000
Minneapolis, MN 55415
Phone: 612-339-2020
Fax:  612-336-9100
Email: Rhagstrom@zelle.com
ATTORNEYS FOR PLAINTIFFS


I hereby certify that on October 18, 2005, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

David B. Tulchin
Joseph E. Neuhaus
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Email: NEUHAUSJ@sullcrom.com
TULCHIND@sullcrom.com

Edward Remsburg
Ahlers & Cooney, P.C.
100 Court Avenue
Suite 600
Des Moines, Iowa 50309
EREMSBURG@ahlerslaw.com

Brent B. Green
Bradley C. Obermeier
Duncan, Green, Brown & Langeness
A Professional Corporation
400 Locust Street, Suite 380
Des Moines, Iowa 50309
bgreen@duncangreenlaw.com

ATTORNEYS FOR DEFENDANT

/s/ Roxanne Barton Conlin
Roxanne Barton Conlin
Roxanne Conlin & Associates, P.C.
319 7th Street, Suite 600
Des Moines, Iowa  50309
Phone:  (515) 283-1111
Fax:  (515) 282-0477
Email: roxlaw@aol.com


/s/ Richard M. Hagstrom
Richard M. Hagstrom
Zelle, Hofmann, Voelbel, Mason & Gette
500 Washington Avenue South
Suite 4000
Minneapolis, MN 55415
Phone: 612-339-2020
Fax: 612-336-9100
Email: Rhagstrom@zelle.com