# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| JOE COMES and RILEY PAINT, INC., an Iowa corporation, | : : : | No. CV 05-562 |
| Plaintiffs, | : : | **PLAINTIFFS' NOTICE OF MODIFICATION OF PROPOSED FOURTH AMENDED PETITION PRIOR TO ACTION ON PLAINTIFFS' MOTION TO AMEND THIRD AMENDED PETITION** |
| v. | : : | |
| MICROSOFT CORPORATION, a Washington Corporation, | : : : | |
| Defendant. | : : | |

**PLEASE TAKE NOTICE** that Plaintiffs Joe Comes and Riley Paint ("Plaintiffs"), on behalf of themselves and the two certified classes they represent, hereby modify Plaintiffs' proposed Fourth Amended Petition as set forth in the attached Exhibit A.[1]

On September 16, 2005, Plaintiffs filed a Motion to Amend Plaintiffs' Third Amended Petition ("Motion to Amend") in the Iowa District Court for Polk County.[2] Plaintiffs' proposed Fourth Amended Petition was attached as an exhibit to the Motion to Amend. The Motion to Amend is pending and no ruling has been made as to whether Plaintiffs' proposed Fourth Amended Petition will be accepted in whole or in part. Since no action has been taken on the Motion to Amend and Microsoft has requested additional time to respond to the Motion, Plaintiffs hereby notify the Court and Microsoft of modifications made to Plaintiffs' proposed Fourth Amended Petition as follows:

---

[1] Exhibit A is red-lined to assist in showing the changes.

[2] This action was filed in the Iowa District Court for Polk County on February 22, 2000. *Comes v. Microsoft Corp.*, No. CL82311. Microsoft removed this action to this Court on October 13, 2005. Plaintiffs are filing a Motion to Remand this action to the Iowa District Court for Polk County for lack of subject matter jurisdiction.

¶ 212. Strike "by, *inter alia*, misappropriating Burst's intellectual property";

¶ 252. Strike entire paragraph;

¶ 253. Strike entire paragraph;

¶ 255. Insert "While Plaintiffs understand that" at the beginning of the paragraph. Insert "intentional destruction of and" after "Microsoft" and before "failure to preserve." Insert "is not a cause of action under Iowa law, such conduct" after "other evidence" and before "has harmed." Add "for Microsoft's violations of the Iowa Competition Law" after "to prove their claims." Strike "in this case";

These modifications correct grammar and further clarify the causes of actions asserted by Plaintiffs in this matter, all of which arise solely under the Iowa Competition Law, Iowa Code § 553.1 *et seq*.

Dated: October 18, 2005.          /s/ Roxanne Barton Conlin_____
                                  Roxanne Barton Conlin
                                  Roxanne Conlin & Associates, P.C.
                                  319 7th Street, Suite 600
                                  Des Moines, Iowa  50309
                                  Phone:  (515) 283-1111
                                  Fax:  (515) 282-0477
                                  Email: roxlaw@aol.com


                                   /s/ Richard M. Hagstrom_____
                                  Richard M. Hagstrom
                                  Zelle, Hofmann, Voelbel, Mason & Gette
                                  500 Washington Avenue South
                                  Suite 4000
                                  Minneapolis, MN 55415
                                  Phone: 612-339-2020
                                  Fax:  612-336-9100
                                  Email: Rhagstrom@zelle.com
                                  ATTORNEYS FOR PLAINTIFFS

I hereby certify that on October 18, 2005, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

David B. Tulchin
Joseph E. Neuhaus
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Email: NEUHAUSJ@sullcrom.com
TULCHIND@sullcrom.com

Edward Remsburg
Ahlers & Cooney, P.C.
100 Court Avenue
Suite 600
Des Moines, Iowa 50309
EREMSBURG@ahlerslaw.com

Brent B. Green
Bradley C. Obermeier
Duncan, Green, Brown & Langeness
A Professional Corporation
400 Locust Street, Suite 380
Des Moines, Iowa 50309
bgreen@duncangreenlaw.com

ATTORNEYS FOR DEFENDANT

/s/ Roxanne Barton Conlin
Roxanne Barton Conlin
Roxanne Conlin & Associates, P.C.
319 7th Street, Suite 600
Des Moines, Iowa  50309
Phone:  (515) 283-1111
Fax:  (515) 282-0477
Email: roxlaw@aol.com


 /s/ Richard M. Hagstrom
Richard M. Hagstrom
Zelle, Hofmann, Voelbel, Mason & Gette

500 Washington Avenue South  
Suite 4000  
Minneapolis, MN 55415  
Phone: 612-339-2020  
Fax:  612-336-9100  
Email: Rhagstrom@zelle.com