# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | | |
|---|---|---|
| JOE COMES and RILEY PAINT, INC., an Iowa Corporation | : : : : | NO. CV-05-562 |
| Plaintiffs, | : : | |
| vs. | : : | |
| MICROSOFT CORPORATION, A Washington Corporation, | : : : : | PLAINTIFFS' RESISTANCE TO DEFENDANT'S MOTION TO STAY |
| Defendants. | : | |

_____

COMES NOW Plaintiffs in the above entitled matter and hereby resists Defendant's Motion to Stay for the reasons and on the grounds urged in the brief filed in connection herewith.

Wherefore, Plaintiffs prays that Defendant's Motion to Stay be overruled.

/s/ Roxanne Barton Conlin
Roxanne Barton Conlin
Roxanne Conlin & Associates, P.C.
319 7th Street, Suite 600
Des Moines, Iowa 50309
Phone: (515) 283-1111
Fax: (515) 282-0477
Email: roxlaw@aol.com


 /s/ Richard M. Hagstrom
Richard M. Hagstrom
Zelle, Hofmann, Voelbel, Mason & Gette
500 Washington Avenue South
Suite 4000
Minneapolis, MN 55415
Phone: 612-339-2020

                                                Fax:  612-336-9100
                                                Email: Rhagstrom@zelle.com
                                                ATTORNEYS FOR PLAINTIFFS

      I hereby certify that on October 20, 2005, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

David B. Tulchin
Joseph E. Neuhaus
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Email: NEUHAUSJ@sullcrom.com
TULCHIND@sullcrom.com

Edward Remsburg
Ahlers & Cooney, P.C.
100 Court Avenue
Suite 600
Des Moines, Iowa 50309
EREMSBURG@ahlerslaw.com

Brent B. Green
Bradley C. Obermeier
Duncan, Green, Brown & Langeness
A Professional Corporation
400 Locust Street, Suite 380
Des Moines, Iowa 50309
bgreen@duncangreenlaw.com

ATTORNEYS FOR DEFENDANT

                                                /s/ Roxanne Barton Conlin
                                                Roxanne Barton Conlin
                                                Roxanne Conlin & Associates, P.C.
                                                319 7th Street, Suite 600
                                                Des Moines, Iowa  50309
                                                Phone:  (515) 283-1111
                                                Fax:  (515) 282-0477
                                                Email: roxlaw@aol.com

  /s/ Richard M. Hagstrom
Richard M. Hagstrom
Zelle, Hofmann, Voelbel, Mason & Gette
500 Washington Avenue South
Suite 4000
Minneapolis, MN 55415
Phone: 612-339-2020
Fax:  612-336-9100
Email: Rhagstrom@zelle.com