IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| Plaintiff | Civil No.: |
| v | ORDER GRANTING PRO HAC ADMISSION(S) |
| Defendant |  |

Regarding attorney(s):

Counsel for    Plaintiff    Defendant

IT IS ORDERED that pro hac admission is granted under Local Rule 83.2(d)(2).

IT IS FURTHER ORDERED that the above listed attorney(s) to pay a $75.00 admission fee per attorney to the Clerk, U.S. District Court within (14) days of this order.

As long as this attorney(s) continues to represent this client in this case, additional fees need not be paid for appearing pro hac vice for this client in other cases.

Dated this        day of

CLERK, U.S. DISTRICT COURT


By: _____
      Deputy Clerk