UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOE COMES and RILEY PAINT, INC., an Iowa Corporations,<br>  Plaintiff(s),<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>  Defendants. | File No. 4:05-cv-562 |

### DEFENDANT MICROSOFT'S RESPONSE TO PLAINTIFFS' MOTION FOR EXPEDITED RELIEF ON MOTION TO REMAND

Defendant Microsoft Corporation makes no substantive response to the above-referenced Motion as said Motion has been rendered moot by the Text Order entered by Chief Judge Ronald E. Longstaff on October 24, 2005.

Respectfully submitted,

*[signature]*

Brent B. Green   PK0001925
Bradley C. Obermeier PK0015564
DUNCAN, GREEN, BROWN & LANGENESS
A Professional Corporation
400 Locust Street, Suite 380
Des Moines, Iowa 50309-2331
Telephone: (515) 288-6440
Facsimile: (515) 288-6448

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
Redmond, WA 98052
425-936-8080

Edward W. Remsburg (PK0004619)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, IA 50309
515-243-7611

David B. Tulchin
Joseph E. Neuhaus
Sharon L. Nelles
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
*Attorneys for Microsoft Corporation*