# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | | |
|---|---|---|
| JOE COMES and | : | NO. CV-05-562 |
| RILEY PAINT, INC., an Iowa | : | |
| Corporation | : | |
| | : | |
| Plaintiffs, | : | PLAINTIFFS' MOTION |
| | : | TO FILE OVERLENGTH |
| vs. | : | BRIEF |
| | : | |
| MICROSOFT CORPORATION, | : | |
| A Washington Corporation, | : | |
| | : | |
| Defendants. | : | |

_____

   COMES NOW the Plaintiffs in the above-entitled matter and hereby requests that the Court allow them to file an overlength brief with respect to their Reply Memorandum in Support of Plaintiffs' Motion for Remand. The many issues involved in this matter necessitate additional pages in order to fully and completely reply.

   WHEREFORE, Plaintiffs respectfully request that the Court allow them to file an overlength brief in accordance with Fed. R. Civ. Pro. LR 7.1(h).

/s/ Roxanne Barton Conlin_____
Roxanne Barton Conlin
Roxanne Conlin & Associates, P.C.
319 7th Street, Suite 600
Des Moines, Iowa  50309
Phone:  (515) 283-1111
Fax:  (515) 282-0477
Email: roxlaw@aol.com

ATTORNEYS FOR PLAINTIFFS

     I hereby certify that on November 10, 2005, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

David B. Tulchin
Joseph E. Neuhaus
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Email: NEUHAUSJ@sullcrom.com
TULCHIND@sullcrom.com

Edward Remsburg
Ahlers & Cooney, P.C.
100 Court Avenue
Suite 600
Des Moines, Iowa 50309
EREMSBURG@ahlerslaw.com

Brent B. Green
Bradley C. Obermeier
Duncan, Green, Brown & Langeness
A Professional Corporation
400 Locust Street, Suite 380
Des Moines, Iowa 50309
bgreen@duncangreenlaw.com

ATTORNEYS FOR DEFENDANT

                                                              /s/ Roxanne Barton Conlin
                                                              Roxanne Barton Conlin
                                                              Roxanne Conlin & Associates, P.C.
                                                              319 7th Street, Suite 600
                                                              Des Moines, Iowa  50309
                                                              Phone:  (515) 283-1111
                                                              Fax:  (515) 282-0477
                                                              Email: roxlaw@aol.com