# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge John F. Keenan<br>United States District Court<br>Southern District of New York<br><br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | **DIRECT REPLY TO:**<br>Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:          [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

November 30, 2005

Ms. Marjorie E. Krahn, Clerk
United States District Court
300 United States Courthouse
123 East Walnut Street
Des Moines, IA 50309-2035

Re: MDL-1332 -- In re Microsoft Corp. Windows Operating Systems Antitrust Litigation

  *Joe Comes, et al. v. Microsoft Corp.*, S.D. Iowa, C.A. No. 4:05-562

Dear Ms. Krahn:

  I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

                              Very truly,

                              Michael J. Beck
                              Clerk of the Panel

                              By _____
                                       Deputy Clerk

Enclosure

cc:   Transferee Judge: Judge Frederick Motz
      Transferor Judge: Judge Ronald E. Longstaff

JPML Form 87



A CERTIFIED TRUE COPY

NOV 3 0 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 3 0 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1332

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE MICROSOFT CORP. WINDOWS OPERATING SYSTEMS ANTITRUST LITIGATION

*Joe Comes, et al. v. Microsoft Corp.*, S.D. Iowa, C.A. No. 4:05-562

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Comes*) on October 31, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Comes* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Comes* was remanded to the District Court for Polk County, Iowa, by the Honorable Ronald E. Longstaff in an order filed on November 22, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-29" filed on October 31, 2005, is VACATED.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 3 0 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1332

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MICROSOFT CORP. WINDOWS OPERATING SYSTEMS ANTITRUST LITIGATION

*Joe Comes, et al. v. Microsoft Corp.*, S.D. Iowa, C.A. No. 4:05-562

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Comes*) on October 31, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Comes* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Comes* was remanded to the District Court for Polk County, Iowa, by the Honorable Ronald E. Longstaff in an order filed on November 22, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-29" filed on October 31, 2005, is VACATED.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

**JUDICIAL PANEL ON MULTIDISTRICT LITIG**
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

OFFICIAL BUSINESS

CERTIFIED MAIL

7004 2510 0004 2163 7374

Ms. Marjorie E. Krahn, Clerk
United States District Court
300 United States Courthouse
123 East Walnut Street
Des Moines, IA 50309-2035

Hasler
11/30/2005
US POSTAGE
Mailed From 20002