UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION


To:



Re:


Dear Clerk:

Please find enclosed the above-caption court file(s) per order transferring (remanding) the case to your court. The file(s) was (were) retained in this office for a period of time to allow the parties time to file motions for reconsideration, etc. Also enclosed is an attested copy of the docket sheet in the above case(s).

By copy of this letter to the attorneys of record, we are informing them that all future pleadings and correspondence regarding the above case(s) should be sent to your court.


Deputy Clerk


Enclosures
cc: Attorneys of record